IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01000-CMA-CBS

SALOMON JUAN MARCOS VILLARREAL,

    Plaintiff,

v.

USA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court pursuant to the Order Referring Case (*doc # 4*) entered by Judge Christine M. Arguello on April 18, 2011.  IT IS HEREBY ORDERED that the court shall hold a status conference in this action on **June 23, 2011 at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    April 22, 2011