**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01000-CMA-CBS

SALOMÓN JUAN MARCOS VILLARREAL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**[PROPOSED] ORDER GRANTING MOTION TO FILE A REPLY
TO PETITIONER'S OPPOSITION TO THE UNITED STATES'
MOTION FOR SUMMARY JUDGMENT
AND MOTION FOR ENFORCEMENT OF IRS SUMMONS**

---

THIS MATTER having come before the Court on the motion of the United States for permission to file a Reply to Petitioner's "Opposition to the United States' Motion for Summary Judgment with Respect to Petition to Quash a Summons Served on American National Bank and Motion for Enforcement of IRS Summons," and upon consideration of the motion and any response thereto,

IT IS HEREBY,

ORDERED, that the United States' motion is granted.

                                                        s/ Christine M. Arguello

Dated: August 18, 2011             United States District Court Judge