IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01000-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 22, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| S A L O M O N   J U A N   M A R C O S VILLARREAL, | Jeffrey Samuel Rugg |
| Petitioner, | |
| v. | |
| UNITED STATES OF AMERICA, | James Edward Weaver |
| Respondent. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:   3:30 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the petitioner's MOTION to Stay PENDING APPEAL (Docket No. 35, filed on 4/6/2012), the respondent's RESPONSE to #35 MOTION to Stay PENDING APPEAL (Docket No. 42, filed on 4/27/2012), and the petitioner's REPLY to Response to #35 MOTION to Stay PENDING APPEAL in Further Support of (Docket No. 46, filed on 5/11/2012).

Mr. Weaver presents oral argument to the court.  Mr. Weaver cities related case law.  Discussion between the court and Mr. Weaver regarding this motion.

Mr. Rugg presents oral argument to the court.  Mr. Rugg cities related case law.  Discussion between the court and Mr. Rugg regarding this motion.

Further discussion between the court and the parties regarding this motion, Magistrate Judge Shaffer's RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE that #13 United

States' Motion for Summary Judgment with Respect to Petition to Quash a Summons be granted (Docket No. 29, filed 11/28/2011), and Judge Arguello's ORDER Adopting and Affirming November 28, 2011 #29 Recommendation of United States Magistrate (Docket 33, filed on 3/23/2012).

**ORDERED:**  The court **HOLDS IN ABEYANCE** the petitioner's MOTION to Stay PENDING APPEAL (Docket No. 35, filed on 4/6/2012).

HEARING CONCLUDED.

**Court in recess**:    **4:30 p.m.**
Total time in court:    01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.