IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-01000-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 14, 2012** | Courtroom Deputy: Stacy Shaul |

*Parties:*  

SALOMON JUAN MARCOS VILLARREAL

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent,

*Counsel:*

Jeffrey Samuel Rugg

James Edward Weaver

**COURTROOM MINUTES/RECOMMENDATION PURSUANT TO RULE 72(b)**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 10:46 a.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding the petitioner's MOTION to Stay PENDING APPEAL (Docket No. 35, filed on 4/06/2012), the respondent's RESPONSE to #35 MOTION to Stay PENDING APPEAL (Docket No. 42, filed on 4/27/2012), the petitioner's REPLY to Response to #35 MOTION to Stay PENDING APPEAL in Further Support of (Docket No. 46, filed on 5/11/2012), and ORDER Adopting and Affirming November 28, 2011 of #29 Recommendation of United States Magistrate(Docket No. 33, filed on 3/23/2012).

Discussion between the court and the parties regarding this motion.

The parties declined to make further arguments regarding motion. The court stated, from the bench, its findings and legal basis for its recommendation.

As stated on the record, the court hereby recommends that the petitioner's MOTION to Stay PENDING APPEAL (Docket No. 35, filed on 4/06/2012) be DENIED.

Counsel were advised that the 14-day period for filing objections started to run as of today.

Hearing Concluded.

**Court in recess: 11:09 a.m.**
Total time in court:    00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.